THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent, v. ADELPHI HALL, INC., et al., Appellants, Impleaded with Others; EMANUEL HARMEL, Respondent.

(Argued October 10, 1934; decided October 26, 1934.)

*Stephen Callaghan, Arthur Knox* and *Thomas A. Gaffney* for appellants.

*Edward F. Clark* and *Leonard J. Reynolds* for The Prudential Insurance Company of America, respondent.

Appeal dismissed, with costs, on the ground that the order appealed from is not a final order in a special proceeding. No opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not voting: LEHMAN, J.